WILLIAM B. TERRY, ESQ.
Nevada State Bar No. 001028
ALEXANDRA ATHMANN-MARCOUX, ESQ.
Nevada Bar No. 014474
WILLIAM B. TERRY CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO GONZALEZ-MOREIRA, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.:   2:19-mj-00947-BNW |

**STIPULATION REQUESTING DEFENDANT BE ALLOWED TO COMPLETE ONLINE DRUG & ALCOHOL CLASS IN LIEU OF COMMUNITY SERVICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel L. Kent, Special Assistant U.S. Attorney, counsel for Plaintiff, United States of America, and William B. Terry, Esq., of the law offices of William B. Terry, Chartered, counsel for Defendant, Mario Gonzalez-Moreira, as follows:

IT IS FURTHER HEREBY STIPULATED AND AGREED, that the Defendant shall be allowed to complete the Drug & Alcohol class, which is equivalent to an 8-hour class, through I.S.A.E. online website in lieu of the 64 hours of community service imposed this matter.

DATED this   28th   day of September, 2020.

| UNITED STATES ATTORNEY | WILLIAM B. TERRY CHARTERED |
|---|---|
| /s/ Rachel Kent | /s/ William Terry |
| RACHEL L. KENT | WILLIAM B. TERRY, ESQ. |
| Special Assistant United States Attorney | Nevada Bar No. 001028 |
| District of Nevada | ALEXANDRA ATHMANN-MARCOUX, ESQ. |
| 501 Las Vegas Boulevard S., Ste. 1100 | Nevada Bar No. 014474 |
| Las Vegas, Nevada 89101 | WILLIAM B. TERRY, CHARTERED |
| (702) 388-6336 | 530 South Seventh Street |
| Attorney for Plaintiff | (702) 385-0799 |
| (702) 388-6336 | Attorney for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARIO GONZALEZ-MOREIRA,<br><br>          Defendant. | CASE NO.:   2:19-mj-00947-BNW |

FINDINGS

1. That the parties have stipulated to allow the Defendant to complete the Drug & Alcohol class online which is an equivalent to an 8-hour class through I.S.A.E. online website in lieu of the 64 hours of community service.

ORDER

IT IS HEREBY ORDERED that the Defendant shall complete the Drug & Alcohol class online through I.S.A.E. in lieu of the 64 hours community service imposed in this matter.

DATED this 5th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE